IT IS SO ORDERED

*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN JOSE DIVISION]

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>JESSE F. SORIA,<br><br>        Defendant. | No. CR-04-20205-JW<br><br>**FURTHER STIPULATION<br>FOR COURT TO PREPARE<br>AMENDED<br>JUDGMENT AND COMMITMENT,<br>AND ORDER** |

The parties submit this "Further Stipulation" in response to the Court's Order dated and filed August 28, 2008, entitled "Order Denying Stipulation For An Order Amending Judgment; Setting Briefing Schedule and Hearing." The parties seek to respond to the Court's Order of August 28, 2008 by clarifying that the legal basis for their original stipulation was clerical error correctable under Rule 36 of the Federal Rules of Criminal Procedure, seeking further to obtain relief from the order to obtain a transcript of the sentencing proceedings, and, finally, seeking further relief from the order setting a briefing deadline of September 22, 2008 and a hearing on September 29, 2008.

**FURTHER STIPULATION FOR COURT TO PREPARE
AMENDED JUDGMENT AND COMMITMENT**

Plaintiff United States of America, by and through Assistant U.S. Attorney Mark Krotoski, and defendant Jesse F. Soria, by and through his attorney, Frank Z. Leidman, hereby further stipulate to and request this Order to permit the Court to prepare an Amended Judgment and Commitment, as more specifically provided herein, for the reason that the original Judgment and Commitment in this case contains a clerical error correctable under Rule 36 of the Federal Rules of

LAW OFFICES OF
FRANK Z. LEIDMAN
473 JACKSON STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TEL.: 415\982-0321 • FAX: 415\982-7495

Criminal Procedure. It is the intent of the parties that this Further Stipulation and Order will obviate the need for a formal hearing on the record in open court, and the Court may instead prepare the Amended Judgment and Commitment without the need for such hearing. Accordingly, this Further Stipulation seeks relief from the Court's Order of August 28, 2008 ordering the parties to file briefs on September 22, 2008 and appear for hearing on September 29, 2008.

The request for an Amended Judgment and Commitment was made by the U.S. Probation Office in July 2008, by the email request from Probation Officer Benjamin Flores to the courtroom deputy, Elizabeth Garcia, to the Honorable James Ware, United States District Judge. Thereafter, both Assistant U.S. Attorney Krotoski and defense counsel Frank Z. Leidman were notified by email by Ms. Garcia. All parties then inspected their respective files and consulted with their contemporaneous notes of the sentencing proceedings in this case and determined that a typographical correction to the Judgment and Commitment was appropriate because, while Judge Ware at sentencing did pronounce not only a commitment of defendant Jesse F. Soria to the Bureau of Prisons for a period of forty-one (41) months, but also a period of three years of supervised release with conditions (both general and special) following release from such commitment, the Judgment and Commitment prepared for Judge Ware's signature and signed following the sentencing did not accurately show the imposition of the supervised release conditions during the supervised release period.

The parties believe that an Amended Judgment and Commitment is legally appropriate pursuant to Rule 36 of the Federal Rules of Criminal Procedure due to clerical error. The parties affirmatively represent that the Court did not err in pronouncing sentence and therefore this case does not involve judicial error of any kind. The parties further affirmatively represent to this Court that there is no need for a transcript of the sentencing to be prepared because both Assistant U.S. Attorney Krotoski and defense counsel Leidman, have a refreshed recollection of the sentencing proceedings based on their review of their respective contemporaneous notes of the sentencing proceedings and recall that the Court did not err in pronouncing sentence. Mssrs. Krotoski and Leidman have also conferred with Probation Officer Flores, who was present as well, and he concurs. Thus, all three agree that the legal basis for amending the Judgment & Commitment is

**FURTHER STIPULATION FOR COURT TO PREPARE**
**AMENDED JUDGMENT AND COMMITMENT, AND ORDER** Page 2

clerical error which is correctable pursuant to Rule 36, Fed.R.Crim.P.36. For this reason, we are also requesting that the Court (1) issue an order consistent with this Stipulation, and (2) vacate the provisions of its August 28, 2008 Order requiring the preparation of a transcript of the original sentencing, briefs to be filed on September 22, 2008 and a hearing on September 29, 2008.

In sum, the parties signing below believe that the Judgment and Commitment contains a clerical error (in the nature of an inadvertent typographical mistake in that it omits reference to the supervised release conditions), and that this clerical error is correctable pursuant to Rule 36, Fed. R. Crim. P.

Mr. Leidman has contacted Mr. Soria in custody and has obtained the explicit authorization of Mr. Soria to correcting the Judgment and Commitment by the preparation of an Amended Judgment and Commitment, and Mr. Soria's further authorization to doing so by proceeding forward with this Stipulation and Order for such Amended Judgment and Commitment. Mr. Leidman has explained to Mr. Soria that as a result, there will be no appearance in court at a hearing before Judge Ware on the Probation Office's request for an Amended Judgment and Commitment and that Judge Ware will sign this Order and the Clerk will prepare an Amended Judgment and Commitment providing for supervised release conditions as pronounced by the Court at sentencing, and Judge Ware will then sign such Amended Judgment and Commitment.

The Probation Office has requested that the Amended Judgment and Commitment add the following, and not otherwise be amended, and the parties stipulate that such a change is appropriate:

1) A three year term of supervised release, with both standard conditions of supervised release and special conditions of supervised release, as specified below; and

2) Special conditions of supervised release which are:

    A) The defendant shall pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release;

    B) The defendant shall provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income

**FURTHER STIPULATION FOR COURT TO PREPARE**
**AMENDED JUDGMENT AND COMMITMENT, AND ORDER**                                  **Page 3**

tax returns;

C) The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by the a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

D) The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

E) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Finally, the Court imposed no fine, but did order the payment of a special assessment in the amount of $100. The Court also allowed a voluntary self-surrender on September 5, 2006.

SO STIPULATED.

Date: _____, 2008   _____
MARK KROTOSKI
Assistant United States Attorney
Attorney for UNITED STATES OF AMERICA

Date: _____, 2008   _____
FRANK Z. LEIDMAN
Attorney for Defendant
JESSE F. SORIA

Approved as to form:   _____
BENJAMIN FLORES
PROBATION OFFICER

* * * * *

**FURTHER STIPULATION FOR COURT TO PREPARE
AMENDED JUDGMENT AND COMMITMENT, AND ORDER**                                Page 4



**ORDER**

The Court, having reviewed the transcript of the July 7, 2006 Sentencing, finds that the error in the Judgment and Commitment in this case is a clerical error which is correctable under Rule 36 of the Federal Rules of Criminal Procedure. According, the Court orders as follows:

IT IS FURTHER ORDERED that the Clerk shall prepare for the Court's signature, pursuant to the authority of Rule 36 of the Federal Rules of Criminal Procedure, an Amended Judgment and Commitment, and that the Amended Judgment and Commitment shall add the language stipulated by the parties as appropriate in the accompanying Stipulation and shall not otherwise amend the Judgment and Commitment;

IT IS FURTHER ORDERED that the Amended Judgment and Commitment shall be filed when signed by the Court, and that the filed-endorsed Amended Judgment and Commitment shall be served on Assistant U.S. Attorney Krotoski, defense counsel Leidman and Probation Officer Flores, and that Probation Officer Flores shall then immediately transmit such Amended Judgment and Commitment to the Bureau of Prisons.

SO ORDERED.

Date: _____October 2_____, 2008

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

P-FurtherStipOrderforAmendedJ&C.458

**FURTHER STIPULATION FOR COURT TO PREPARE
AMENDED JUDGMENT AND COMMITMENT, AND ORDER**           **Page 5**

LAW OFFICES OF
FRANK Z. LEIDMAN
473 JACKSON STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TEL.: 415\982-0321 • FAX: 415\982-7495